

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| WILLIAM D. ABRAHAM, | § | No. 08-22-00079-CV |
| Appellants, | § | Appeal from the |
| | § | |
| v. | § | 243rd District Court |
| | § | |
| RON ACTON, DEBBIE ACTON, AARK INVESTMENTS LP, FEDERICO FERNANDEZ AND CAROL FERNANDEZ, | § | of El Paso County, Texas |
| | § | (TC# 2016DCV2081) |
| | § | |
| Appellees. | § | |
| | § | |

## **O R D E R**

The Court GRANTS the Appellees' second motion for extension of time within which to file the brief until **March 1, 2023.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEES' BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jamie T. Wall, the Appellees' attorney, prepare the Appellees' brief and forward the same to this Court on or before March 1, 2023.

IT IS SO ORDERED this 14th day of February, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Soto, JJ.